No. 79–293.   YONO *v.* COLUMBUS LANDINGS, LTD.   C. A. 6th Cir.   Certiorari denied.

No. 79–295.   POLLARD *v.* METROPOLITAN LIFE INSURANCE Co.   C. A. 3d Cir.   Certiorari denied.

No. 79–304.   TEICHNER *v.* ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION OF ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 79–339.   FUCHS SUGAR & SYRUPS, INC., ET AL. *v.* AMSTAR CORP.   C. A. 2d Cir.   Certiorari denied.

No. 79–358.   SWIHART *v.* OHIO.   Ct. App. Ohio, Medina County.   Certiorari denied.

No. 79–360.   STEVENS *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 79–372.   JOHNSON *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 79–382.   COTTONE *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 79–440.   BROWN *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 79–5038.   TEDDER *v.* PETERS ET AL.   Sup. Ct. Ill.   Certiorari denied.

No. 79–5044.   COLON *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 79–5056.   MIZELL *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.